Minnie A. Bremer, Appellant, v. John C. Bremer and John G. H. Meyers, Individually and as Executors and Trustees of the Last Will and Testament of John H. Bremer, Deceased, and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Eva Lehtoner, as Administratrix, etc., of Karl O. Lehtoner, Deceased, Appellant, v. New York, New Haven and Hartford Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Moses Tanenbaum, Respondent, v. Federal Match Company, Appellant. (No. 2.)— Judgment affirmed, with costs. No opinion.

Herman Leis, Respondent, v. Timothy Donohue, Appellant.— Judgment affirmed, with costs. No opinion.

The New Jersey Company, Respondent, v. Nathaniel Wise Company, Appellant.— Judgment affirmed, with costs. No opinion.

Frank G. Carrie and Hubert G. Kilbourne, Respondents, v. American Soda Fountain Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Robert Lonzberg, Appellant, v. Max H. Levy and Harris H. Gilliland, Respondents.— Judgment and order affirmed, with costs. No opinion.

Agnes M. Williams, by Charles Rivenburg, Her Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. T. Harry Shanton, Appellant, v. MacDonough Craven, as Commissioner of the Department of Street Cleaning in the City of New York, and Andreas de Wilde, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Catharine M. Shaw, Respondent, v. Sheldon B. Shaw, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julia Carson, Respondent, v. Frederick Carson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ella H. Lewis and Others, Respondents, v. Michael Ryan and Thomas Lenane, as Surviving Executors and Trustees of the Last Will and Testament of Mary M. Flynn, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Agnes Morse Gushee, as Administratrix, etc., of Henry Woolson Morse, Deceased, Respondent, v. T. B. Harms Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.